**FELDKIRCHER WIRE FABRICATING COMPANY, Petitioner,**

v.

**NATIONAL LABOR RELATIONS BOARD, Respondent.**

No. 20518.

United States Court of Appeals, Sixth Circuit.

Feb. 16, 1971.

**BREWER & BREWER MATERIALS, INC., Petitioner,**

v.

### ORDER.

Charles H. White, Nashville, Tenn., Cornelius, Collins, Neal, Higgins & White, Nashville, Tenn., on the brief, for petitioner.

Corinna Metcalf, N. L. R. B., Washington, D. C., Arnold Ordman, Gen. Counsel, Dominick L. Manoli, Associate Gen. Counsel, Marcel Mallet-Prevost, Asst. Gen. Counsel, Robert E. Williams, Judith P. Wilkenfeld, Attys., N. L. R. B., Washington, D. C., on the brief, for respondent.

Before CELEBREZZE, PECK and McCREE, Circuit Judges.

### ORDER

Upon due consideration, the Court is of the opinion that the order of the National Labor Relations Board, reported at 172 N.L.R.B. No. 132, is not supported by substantial evidence on the record as a whole. It is, therefore, ordered that the petition to review in this cause be, and it is hereby, granted, and that the

Board's cross-petition for enforcement be, and it hereby is, denied. N. L. R. B. v. United Ass'n. of J. & A. Of Plumbing, Etc., Local 633, 424 F.2d 390 (6 Cir 1970).